NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRUCE PAUL DOUGLAS STODDART, )
DOC #Y21597,                  )
                              )
        Appellant,           )
                              )
v.                            )     Case No. 2D18-3796
                              )
STATE OF FLORIDA,             )
                              )
        Appellee.            )
_____ )

Opinion filed September 11, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Collier County; Frederick R. Hardt,
Judge.

Bruce Paul Douglas Stoddart, pro se.


PER CURIAM.


      Affirmed.


NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.